# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG CALIFORNIA LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>STERLING HALL, an individual,<br><br>    Defendant. | Case No. EDCV 19-1609-GW-SHKx<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF COURT**<br><br>**Date:** October 7, 2019<br>**Time:** 8:30 a.m.<br>**Courtroom:** 9D |

The Court having been informed by Plaintiff PSG California LLC ("PSG California") that Defendant Sterling Hall has failed to comply with the terms of the Temporary Restraining Order issued on August 29, 2019 (the "TRO"), and having granted PSG California's motion for a preliminary injunction seeking the same relief as the TRO, Defendant Hall is **ORDERED TO SHOW CAUSE** in writing why the Court should not hold him in contempt of Court and impose a penalty of up to $1,000 per day until he complies with the terms of the TRO and preliminary injunction. In particular, Hall must show cause why he should not be held in contempt for violating at least the provisions of the TRO requiring him to:

1. Return to PSG California, without retaining any copies, all PSG California confidential and trade secret information, including Neptune drawings, whether contained in paper or electronic form;

2. Deliver to PSG California all devices, including Hall's company-issued laptop and cell phone and any thumb drives or other external storage devices, containing such information; and

3. Identify every individual and entity to whom Hall has disclosed or provided any PSG California information, including Neptune drawings.

**IT IS FURTHER ORDERED** that Hall's written response to this Order shall be filed on or before September 30, 2019, and that Hall or his counsel personally appear for a hearing on the Order to Show Cause on October 7, 2019 at 8:30 a.m.

**IT IS SO ORDERED.**

DATE: September 18, 2019

_____
HON. GEORGE H. WU,
U.S. District Judge